## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**CHRISTINA M. HOWSON,** :

   **Plaintiff** : **CIVIL ACTION NO. 3:14-2071**

   **v.** : **(JUDGE MANNION)**

**CAROLYN W. COLVIN,** :

   **Defendant** :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of Judge Carlson, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the instant action is **REMANDED TO THE COMMISSIONER** for further proceedings in accordance with the report of Judge Carlson;

(3) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2071-01-ORDER.wpd